UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ANNA GURLEY, individually and as mother and
natural guardian of infants A.G. and R.G.; and
ANDERSON GREENIDGE,

                Plaintiff,

      -against-

CITY OF NEW YORK; ACS Caseworker
DOMINIQUE PAUYO; and JOHN and JANE
DOES 1 through 15, individually and in their official
capacities, (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                Defendants.

------------------------------------------------------------ x

**INFANTS COMPROMISE ORDER**

12-CV-0829 (ENV)(JO)

      Upon reading and filing the petition of Anna Gurley, parent and natural guardian of the infants A.G. and R.G. herein, duly sworn to the 6th day of August, 2012; the affirmation of Afsaan Saleem, attorney for plaintiff, dated the 6th day of August, 2012; and upon all of the papers, pleadings and proceedings heretofore had herein; and it appearing that the best interests of the infants A.G. and R.G. will be served by approval of this settlement;

      NOW, on motion of plaintiff's attorney, it is

1. ORDERED, that the aforesaid Anna Gurley, parent and natural guardian of the plaintiff A.G. and R.G., be and hereby is authorized and empowered to dismiss this action against the defendant(s) and withdraw all claims against them.

2. ORDERED, that the foresaid defendant or its insurer pay the aforesaid settlement sum of ZERO dollars ($0.00) to Anna Gurley as mother and natural guardian of A.G. and Anna Gurley as mother and natural guardian of R.G.

3. ORDERED, that the defendants pay: $2,500.00 to Anna Gurley, individually and $2,500.00 to Anderson Greenidge, inclusive of all fees and costs.

4. ORDERED, that defendant(s) and its insurer(s) shall have no further liability herein; and it is further

5. ORDERED, that the cause of action for loss of services and/or medical expenses of the guardian be and the same hereby is dismissed without cost and with prejudice; and it is further

6. ORDERED, that, conditional upon compliance with the terms of this order, the aforesaid parent and natural guardian of the infant plaintiff, be and is hereby authorized and empowered to execute and deliver a general release and all other instruments necessary to effectuate the settlement herein; and it is further

7. ORDERED, that the filing of a bond be dispensed in accordance with the applicable provisions of the Civil Practice Law and Rules.

s/ James Orenstein
_____
Honorable Magistrate Judge James Orenstein